IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FANNIE MOTEN                                                                                    PLAINTIFF

VS.                                           NO. 3:10CV00126

WARREN UNILUBE, INC.                                                                    DEFENDANT

## ORDER

Pending is Plaintiff's motion to compel. (Docket #18). Defendant has filed a response. Following a review of the pleadings, the Court finds and orders as follows: Plaintiff's motion to compel responses to Interrogatories 10, 11, and 13 and Request for Production of Documents 7 and 16 is granted. Plaintiff's motion to compel responses to Interrogatory 12 and Request for Production 12 is denied. All disclosures should be made in accordance with the Protective Order entered by the Court on January 13, 2011. Defendant is directed to provide more complete responses within twenty (20) days of the entry of this Order.

Wherefore, Plaintiff's motion to compel is granted in part and denied in part as set forth herein.

IT IS SO ORDERED this 31st day of January, 2011.

_____
James M. Moody
United States District Court