IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FANNIE MOTEN**                                                                 **PLAINTIFF**

**VS.**                             **NO.  3:10CV00126**

**WARREN UNILUBE, INC.**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of June, 2011.

_James M. Moody_
James M. Moody
United States District Court